UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20893-CR-GRAHAM/O'SULLIVAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE IGNACIO LOPEZ,

        Defendant.
_____/

WELLUS CORP.,

        Third Party Petitioner.
_____/

## NOTICE AND ORDER

THIS CAUSE is before the Court *sua sponte.* On January 25, 2007, the undersigned received correspondence from counsel for Wellus Corp. Counsel for Wellus Corp. has been admitted *pro hac vice* to this Court based, in part, upon his representation that he has studied the Local Rules of the United States Court for the Southern District of Florida (DE# 636 at ¶ 3, 11/7/06). Local Rule 7.7 states in pertinent part:

> CORRESPONDENCE TO THE COURT
>
> Unless invited or directed by the presiding judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; and (b) shall not furnish

the Court with copies of correspondence between or among counsel, or any party represented by an attorney, except when necessary as an exhibit when seeking relief from the Court.

S.D. Fla. L.R. 7.7.

The correspondence submitted to the undersigned by Wellus Corp.'s counsel consists of a letter to a court reporter concerning the reading of a deposition by David Hwang (Attachment A). In accordance with Rule 7.7, Wellus Corp.'s correspondence to the Court shall be discarded by the undersigned, and shall not be considered in making a determination on any pending matters. It is further

**ORDERED AND ADJUDGED** that counsel shall not file any further correspondence or letters with the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **25th** day of January, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Graham
All Counsel of Record

*Noel W. Hauser and Associates*
*Attorneys at Law*
*270 Madison Avenue, 13th Floor*
*New York, New York 10016*
*Telephone 212-688-6400*
*Facsimile 212-688-6457*

January 17, 2007

Ms. Sonnia Martinez
Fernandez & Associates Court Reporters
444 Brickell Avenue, Suite 718
Miami, Florida 33131

      Re: United States vs. Eric Gardiner, et al.
          Wellus Corp. - David Hwang Deposition
          <u>Case No. 05-20893-Cr-Graham/O'Sullivan</u>

Dear Ms. Martinez:

    I have your letter of January 10, 2007, advising me of the availability of the deposition of my client, David Hwang, for "reading" at your office in Miami, Florida.

    You further state that if this has not been done by February 10, 2007, you will conclude that "the reading, subscribing and notice of filing have been waived."

    May I respectfully suggest that you have no basis to imply that mere lapse of time amounts to a "waiver" of my client's reading and subscription to the deposition, especially so since my office is in New York and my client is in New Jersey.

    The witness is entitled to read his testimony if for no reason than to see if there are any errors and the Federal Rules so provide.

    I request that you or Ms. Papademetriou, the Assistant United States Attorney, forward me a copy of the transcript for review promptly upon receipt of this letter.

Ms. Sonnia Martinez
Fernandez & Associates Court Reporters
January 17, 2007
Page 2

    In the alternative, I will object to any use of the transcript whatever at the trial.

                              Very truly yours,

                              Noel W. Hauser

NWH:eg
Via FAX (305  374-9668)
and First Class Mail
cc:  Honorable John O'Sullivan,
     United States Magistrate Judge
cc:  Barbara Papademetriou, Esq.
     Assistant United States Attorney
DICTATED BUT NOT READ.