UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 05-20893-CR-GRAHAM

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSE IGNACIO LOPEZ,

    Defendants.

POWER TRADING INTERNATIONAL, INC.,

    Third Party Petitioner
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Petitioner Power Trading International, Inc.'s Petition for Hearing on Forfeiture (624).

**THE MATTER** was referred to Magistrate Judge John J. O'Sullivan United States Magistrate Judge on November 3, 2006. A Report and Recommendation (D.E. 691) filed on January 9, 2007, recommended that the Petitioner Power Trading International Inc.'s Petition for Hearing on Forfeiture be **Denied** as moot.

The Parties were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a de novo review of the entire file. Accordingly, it is

    **ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John J. O'Sullivan, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of February, 2007.

                                                                        _____
                                                                        DONALD L. GRAHAM
                                                                        UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge O'Sullivan
        Barbara Papademetriou, AUSA
        George Karavetsos, AUSA
        Alberto J. Ordonez, P.A.