UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 05-20893-CR-GRAHAM/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE IGNACIO LOPEZ,

    Defendant.
_____/

POWER TRADING INTERNATIONAL, INC.,

    Third Party Petitioner.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Third Party Petitioner Power Trading International's Petition on Hearing for Forfeiture [D.E. 624].

**THE MATTER** was referred to the Honorable United States Magistrate Judge John J. O'Sullivan [D.E. 632]. The Magistrate issued a Report and Recommendation recommending that the Petition for Hearing on Forfeiture be denied as moot [D.E. 691]. The Petitioner has not filed Objections to the Magistrate's Report and Recommendation.

**THE COURT** has conducted a _de novo_ review of the file and is

1

otherwise fully advised in the premises.  Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge John J. O'Sullivan's Report and Recommendation, is hereby RATIFIED, AFFIRMED and APPROVED in its entirety [D.E. 691].  Accordingly, it is

**ORDERED AND ADJUDGED** that Third Party Petitioner Power Trading International Inc.,'s Petition for Hearing on Forfeiture is **DENIED as Moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of June 2007.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Patrick A. White
     Antonio Wright, pro se
     Counsel of Record